UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FORD MOTOR CREDIT
COMPANY, LLC,

    Plaintiff,

v.                                              CASE NO: 8:09-cv-2124-T-23EAJ

EDWARD G. DELOSH, et al.,

    Defendants.
_____/

## **O R D E R**

Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), the court referred (Doc. 31) the plaintiff's motion (Doc. 30) for attorneys' fees and costs to the United States Magistrate Judge for a report and recommendation. Following the Magistrate Judge's April 16, 2010, report and recommendation (Doc. 32), no party objects to the report and the time for filing objections has expired.

Accordingly, the Magistrate Judge's report and recommendation (Doc. 32) is **ADOPTED**, and the plaintiff's motion (Doc. 30) is **GRANTED** to the extent that the plaintiff is awarded $17,156.98 in attorneys' fees and $460.00 in costs. The Clerk is directed to enter judgment against the defendants and in favor of the plaintiff for $17,616.98.

ORDERED in Tampa, Florida, on May 3, 2010.

                                                                               STEVEN D. MERRYDAY
                                                    UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge